| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Yvette M. Boyd<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3658<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   1/9/20 |
| Case number: | 20–10360–ABA | Date case converted to chapter: 7   3/9/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Yvette M. Boyd | |
| 2. | **All other names used in the last 8 years** | aka Yvette Patterson, aka Yvetta Patterson Boyd | |
| 3. | **Address** | 230 Burgundy Drive<br>Swedesboro, NJ 08085 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Contact phone 856–546–9696<br>Email: jenkins.clayman@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856–361–2300 <br><br> Date: 3/9/20 |
| **7. Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 17, 2020 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/16/20** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 20-10360-ABA
Yvette M. Boyd                                                          Chapter 7
           Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                   Page 1 of 5                  Date Rcvd: Mar 09, 2020
                               Form ID: 309A                 Total Noticed: 162


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337
518654236      +A-1 Collection Service,    PO Box 7387,    West Trenton, NJ 08628-0387
518654241       Arcadia Financial,    PO Box 4367,    Carol Stream, IL 60197-4367
518654242      +Associates in Hem-Oncology, P.C.,    One Medical Center Blvd., Suite 341,
                 Chester, PA 19013-3902
518672396      +Bayview Loan Servicing, LLC,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
518654248      +Beckett Association,    212 Village Ctr Drive,    Swedesboro, NJ 08085-1450
518654249       Black Expressions,    c/o National Credit Solutions,    3680 E I 240 SVC R,
                 Oklahoma City, OK 73155
518654250       Booth Radiology Associates,    PO Box 8500 #1042,    Philadelphia, PA 19178-1042
518654252      +Bullock, Rodio, Soehren Dental,    750 Rt. 73 South, Suite 209,    Marlton, NJ 08053-4133
518664674      +CARMAX AUTO FINANCE,    225 CHASTAIN MEADOWS COURT,    STE 210,   KENNESAW, GA 30144-5942
518654253       Cafone Care LLC,    8 High Street Ste 1B,    Mullica Hill, NJ 08062-9540
518654260       Castle Payday,    c/o National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
518654261      +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
518654264       Citizens Bank, N.A.,    c/o Associated Credit Services, Inc.,    PO Box 5171,
                 Westborough, MA 01581-5171
518654268       Columbia House,    c/o National Credit Solutions,    3680 E I 240 Svc R,
                 Oklahoma City, OK 73135
518654269       Comcast,    c/o IC Systems,    PO Box 97029,    Redmond, WA 98073-9729
518654271      +Comcast,    c/o Sunrise Credit Service,    260 Airport Plaza Boulevard,
                 Farmingdale, NY 11735-3946
518654272      +Comcast-NEAM,    c/o ARC Group, Inc. dba CRG,    1012 State College Road, Ste 202,
                 Dover, DE 19904-6506
518654273      +Commonwealth of Pennsylvania,    County of Delaware,    Concord Village Shops, 2nd Floor,
                 485 Baltimore Pike,    Glen Mills, PA 19342-1161
518654278       DiMarino, Kroop, Prieto, GI Assoc,    17 W Red Bank Ave, Ste. 3,    Woodbury, NJ 08096-1630
518654280       DirecTV,    PO Box 830032,    Baltimore, MD 21283-0032
518654279      +Direct Brands Inc,    c/o Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
518654281       Dr. Hilli Family Practice & Wellnes,    511 Beckett Road Unit 8,    Logan Township, NJ 08085-1865
518654284      +EZ Pass,    c/o Penn Credit,    PO Box 1259,    Oaks, PA 19456-1259
518654282       Emerg Care Services of NJ, P.A.,    PO Box 740021,    Cincinnati, OH 45274-0021
518654289       FMS Services,    PO Box 68245,    Schaumburg, IL 60168-0245
518654285      +Family Psychological Service,    307 Wall Street,    Princeton, NJ 08540-1515
518654286      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
518654287       First Premier Bank,    c/o FNCB,    PO Box 51660,    Sioux Falls, SD 57117-5147
518654291       Geico Indemnity Company,    Regional Office,    One Geico Center,    Macon, GA 31296-0001
518654292      +Gloucester County EMS,    PO Box 1016,    Voorhees, NJ 08043-7016
518654293      +HRRG,    PO BOX 8486,    Pompano Beach, FL 33075-8486
518654295       HSBC Cards,    c/o Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
518654297       Inspira Health Network Medical Group,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
518654299       Inspira Medical Center Woodbury,    PO Box 650292,    Dallas, TX 75265-0292
518654298      +Inspira Medical Center Woodbury,    c/o Adreima,    333 Irving Avenue, Box 115,
                 Bridgeton, NJ 08302-2123
518654302       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
518654304      +Manatee County Courthouse,    PO Box 25400, TVB,    Bradenton, FL 34206-5400
518654306      +Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
518654307      +Midland Funding LLC,    c/o FBCS Inc,    2200 Byberry Road Ste 120,    Hatboro, PA 19040-3739
518654312      +NJ E-ZPass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518654310       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
518654313       PA Turnpike EZ Pass violations,    c/o Linebarger Goggan Blair & Sampson,    PO Box 90128,
                 Harrisburg, PA 17109-0128
518654315       PAM, LLC-PA Turnpike Misc.,    PO Box 430,    Milwaukee, WI 53201-0430
518745972       PERITUS PORTFOLIO SERVICES II NCEP,    PO BOX 141419,    IRVING, TX  75014-1419
518654325      +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
518654314       Palisades Collection LLC,    c/o Pressler & Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518654316      +Payday Loan Yes.com,    c/o Northern Resolution Group,    PO Box 566,    Amherst, NY 14226-0566
518654320       Penn Medicine,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518654321      +Pennsylvania State Constable,    PO Box 609,    Clifton Heights, PA 19018-0609
518654323      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
518654324       Physician Billing PB Chop,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
518654326      +Police & Fire FCU,    2837 Southampton Road,    Philadelphia, PA 19154-1206
518654327      +Premier Urgent Care-Swedesboro,    c/o PA Collection Center,    1200 Corporate Boulevard,
                 Lancaster, PA 17601-1292
518654328       ProCo,    PO Box 2462,    Aston, PA 19014-0462
518654329       Professional Account Management , LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
518654331       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
518654330      +Progressive,    c/o Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
518654338      +RMS,    305 Fellowship Road #100,    PO Box 5471,    Mount Laurel, NJ 08054-5471
518654336      +Red Rock Tribal Lending,    d/b/a Castle Payday.com,    PO Box 704,    Watersmeet, MI 49969-0704
```

```
District/off: 0312-1          User: admin                  Page 2 of 5                   Date Rcvd: Mar 09, 2020
                              Form ID: 309A                Total Noticed: 162


518654341      ++SHAFFER & ASSOCIATES,    1123 WILKES BLVD,    SUITE 450,    COLUMBIA MO 65201-4795
                 (address filed with court: Shaffer & Associates,     PO box 1545,    Columbia, MO 65205)
518654349      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     PO Box 283,    Trenton, NJ 08602-0283)
518654342       +Six Flags Great Adventure,    c/o Midwest Recovery System,     514 Easth City Plaza, Suite 1,
                 Earth City, MO 63045-1312
518654343        South Jersey Anesthesia,    c/o Apex Asset Management LLC,     PO Box 5407,
                 Lancaster, PA 17606-5407
518654346       +South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
518654345        South Jersey Gas,    Attn Mrs. Flemming,    PO Box 6091,    Bellmawr, NJ 08099-6091
518654344       +South Jersey Gas,    Attn: Mrs. Flemming,    PO Box 577,    Hammonton, NJ 08037-0577
518654348        Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
518654351        Target Corporation Recovery Services,     PO Box 30171,    Tampa, FL 33630-3171
518654355       +The Children’s Hospital of Philadelphia,     Physician Billing-PB Chop,    PO Box 788017,
                 Philadelphia, PA 19178-8017
518654356        The Minniti Center for Medical Oncology,     & Hematology,    174 Democrat road,
                 Mickleton, NJ 08056-1236
518654357        The Osborn Family Health Center,     1601 Haddon Avenue,    Camden, NJ 08103-3191
518654359        Township of Logan,    Logan Twp Tax Assessor,    PO Box 314,    Bridgeport, NJ 08014-0314
518734653       +Township of Logan,    Brian J. Duffield, Esq.,     95 North Main Street,
                 Mullica Hill, NJ 08062-9421
518654360       +Tremont Financial LLC,    c/o Minnehaha Circuit Court,     415 N Dakota Ave,
                 Sioux Falls, SD 57104-2475
518654361       +Tri County Emerg Phys LLC,    c/o Amerifinancial Solutions,     PO Box 7,    Vassar, MI 48768-0007
518654362       +TruGreen Chem Lawn,    attn: Accts Receivable,    PO Box 155,    Thorofare, NJ 08086-0155
518654363        Twin Oaks software Development Inc.,     PO Box 247,    Kensington, CT 06037-0247
518654365        Underwood Memorial Hospital,    Billing Office,     509 North Broad Street,
                 Woodbury, NJ 08096-1697
518654364        Underwood Memorial Hospital,    c/o Accounts Receivables,     155 Mid Atlantic Parkway,
                 Thorofare, NJ 08086
518654366        United Telemanagement Corp.,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
518654367       +University of Phoenix,    c/o FBCS Inc.,    330 S. Warminster Road, Ste 353,
                 Hatboro, PA 19040-3433
518654372       +Verizon New Jersey,    c/o FNCBm Inc.,    PO Box 51660,    Sparks, NV 89435-1660
518654376       +W. Reed Kindermann MD,    Ophthalmology,    3001 Chapel Avenue Ste 200,
                 Cherry Hill, NJ 08002-1592
518654378        Water Revenue Bureau,    1401 JKF Blvd,    Philadelphia, PA 19102-1663
518654380        Wells Fargo Bank,    c/o Accounts Receibable Management,     PO box 129,
                 Thorofare, NJ 08086-0129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jenkins.clayman@verizon.net Mar 10 2020 00:31:54      Eric Clayman,
                 Jenkins & Clayman,    412 White Horse Pike,    Audubon, NJ 08106
tr             +EDI: BASKLAR.COM Mar 10 2020 03:43:00      Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518654245       E-mail/Text: bankruptcy@pepcoholdings.com Mar 10 2020 00:34:13      Atlantic City Electric,
                 PO Box 4875,    Trenton, NJ 08650
518654243      +EDI: AFNIRECOVERY.COM Mar 10 2020 03:33:00      AT T Mobility,    c/o AFNI, Inc.,    PO Box 3097,
                 Bloomington, IL 61702-3097
518654244      +EDI: CITICORP.COM Mar 10 2020 03:33:00      AT&T,    PO Box 9001037,    Louisville, KY 40290-1037
518749316      +EDI: CINGMIDLAND.COM Mar 10 2020 03:43:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518654237      +E-mail/Text: bankruptcy@rentacenter.com Mar 10 2020 00:36:06      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
518655386      +EDI: ACBK.COM Mar 10 2020 03:33:00      American Credit Acceptance,    961 East Main Street,
                 Spartanburg, SC 29302-2185
518654238       EDI: ACBK.COM Mar 10 2020 03:33:00      American Credit Acceptance,    PO Box 956126,
                 Saint Louis, MO 63195-6126
518729266       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 00:30:49
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518654246      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 10 2020 00:34:12      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518660309      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 10 2020 00:34:13
                 Atlantic City Electric Company,    Bankruptcy Division,    5 Collins Dr., Ste. 2133,
                 Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
518717997      +EDI: ATLASACQU.COM Mar 10 2020 03:33:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518654247      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,    Miami, FL 33146-1873
518740539      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
```

```
District/off: 0312-1          User: admin              Page 3 of 5               Date Rcvd: Mar 09, 2020
                              Form ID: 309A            Total Noticed: 162


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518654251      EDI: WFNNB.COM Mar 10 2020 03:33:00       Brylane Home,    PO Box 659728,
                 San Antonio, TX 78265-9728
518654274     +E-mail/Text: ebn@mycps.com Mar 10 2020 00:35:23       CPS Security,    PO Box 782408,
                 San Antonio, TX 78278-2408
518654254     +E-mail/Text: bankruptcy@usecapital.com Mar 10 2020 00:36:22        Capital Accounts,
                 2120 Crestmoor Road, Ste. 30,    Nashville, TN 37215-2654
518654255      E-mail/Text: clientrep@capitalcollects.com Mar 10 2020 00:36:12        Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
518654256     +EDI: PRA.COM Mar 10 2020 03:33:00       Capital One,    c/o Portfolio Recovery Assoc,
                 PO Box 12914,    Norfolk, VA 23541-0914
518654257     +EDI: CAPITALONE.COM Mar 10 2020 03:33:00       Capital One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3438
518654258      EDI: CAPITALONE.COM Mar 10 2020 03:33:00       Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
518654259     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Mar 10 2020 00:33:32        Cash Net USA,
                 PO Box 547,    Lake Bluff, IL 60044-0547
518654262     +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 10 2020 00:35:19        ChexSystems,
                 Consumer Relations,    7805 Hudson Road Ste 100,    Woodbury, MN 55125-1595
518654263     +EDI: CONVERGENT.COM Mar 10 2020 03:43:00       Citizens Bank N.A.,
                 c/o Convergent Outsourcing, Inc.,     800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
518654265      E-mail/Text: bankruptcy@philapark.org Mar 10 2020 00:35:53        City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
518654266     +EDI: PHINHARRIS Mar 10 2020 03:43:00       City of Philadelphia,    c/o Harris & Harris Ltd,
                 111 West Jackson Boulevard Ste 400,    Chicago, IL 60604-4135
518654267     +E-mail/Text: bankruptcy@philapark.org Mar 10 2020 00:35:53        City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
518654270     +EDI: CONVERGENT.COM Mar 10 2020 03:43:00       Comcast,    c/o ER Solutions,    800 SW 39th Street,
                 Renton, WA 98057-4927
518654275      E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 00:30:42        Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518654276     +EDI: NAVIENTFKASMDOE.COM Mar 10 2020 03:33:00       Department of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518654277     +EDI: NAVIENTFKASMDOE.COM Mar 10 2020 03:33:00       Department of Education/Sallie Mae,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
518700442     +EDI: AIS.COM Mar 10 2020 03:43:00       Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518654283      EDI: IIC9.COM Mar 10 2020 03:43:00       Evergreen Dental,    c/o IC Systems Collections,
                 PO Box 64378,    Saint Paul, MN 55164-0378
518654290     +E-mail/Text: bankruptcy@fncbinc.com Mar 10 2020 00:32:10        FNCB Inc,    PO Box 51660,
                 Sparks, NV 89435-1660
518654288      EDI: AMINFOFP.COM Mar 10 2020 03:33:00       First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
518654294     +EDI: HFC.COM Mar 10 2020 03:33:00       HSBC bank,    PO Box 5253,    Carol Stream, IL 60197-5253
518654296      E-mail/Text: bankruptcy@hsn.net Mar 10 2020 00:35:28       HSN,    Attention: Flexpay Department,
                 PO Box 9090,    Clearwater, FL 33758-9090
518654300      EDI: IRS.COM Mar 10 2020 03:33:00       IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518654301      EDI: JEFFERSONCAP.COM Mar 10 2020 03:33:00       Jefferson Capital Systems LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
518754240      EDI: JEFFERSONCAP.COM Mar 10 2020 03:33:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518654303     +EDI: CCS.COM Mar 10 2020 03:43:00       Liberty Mutual,    c/o Credit Collection Services,
                 Two Wells Ave,    Newton, MA 02459-3225
518714892     +E-mail/Text: cschultz@loganmua.com Mar 10 2020 00:35:25       Logan Township MUA,
                 Carly Schultz, LTMUA,    69 Jefferson Lane,    Logan, NJ 08085-4527
518654305     +E-mail/Text: bknotices@mbandw.com Mar 10 2020 00:35:17       McCarthy Burgess & Wolfe,
                 The MB&W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
518654318     +E-mail/Text: bkynotice@harvardcollect.com Mar 10 2020 00:36:20        PECO,
                 c/o Harvard Collection,    4839 N. Elston Avenue,    Chicago, IL 60630-2534
518654322      E-mail/Text: peritus@ebn.phinsolutions.com Mar 10 2020 00:36:05        Peritus Portfolio Services,
                 PO Box 141419,    Irving, TX 75014-1419
518654317     +E-mail/Text: bankruptcy@risecredit.com Mar 10 2020 00:32:24       Payday OK,    42 Reads Way,
                 New Castle, DE 19720-1649
518673884     +E-mail/Text: bankruptcy@philapark.org Mar 10 2020 00:35:53        Philadelphia Parking Authority,
                 701 Market St., Suite 5400,    Philadelphia, PA 19106-2895
518748984     +EDI: JEFFERSONCAP.COM Mar 10 2020 03:33:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
518654332     +EDI: CCS.COM Mar 10 2020 03:43:00       Progressive Garden State Ins Co,
                 c/o Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3225
518654333     +E-mail/Text: bankruptcydepartment@tsico.com Mar 10 2020 00:35:45        Progressive Insurance,
                 c/o NCO Financial,    PO Box 15636,    Wilmington, DE 19850-5636
518654334      EDI: RMCB.COM Mar 10 2020 03:33:00       Quest Diagnostics,    c/o AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
518654335     +E-mail/Text: ecfbankruptcy@progleasing.com Mar 10 2020 00:34:58        Raymour & Flanigan,
                 c/o NPRTO North-East, LLC,    256 West Data Drive,    Draper, UT 84020-2315
518654337      E-mail/Text: jkatsios@gsicollections.com Mar 10 2020 00:34:15        Regional Diagnostic Imaging,
                 c/o GSI Recovery, LLC,    PO Box 1026,    Bloomfield, NJ 07003-1026
518654341      E-mail/Text: bankruptcy@shaffercollections.com Mar 10 2020 00:33:30        Shaffer & Associates,
                 PO box 1545,    Columbia, MO 65205
```

```
District/off: 0312-1          User: admin              Page 4 of 5                   Date Rcvd: Mar 09, 2020
                              Form ID: 309A            Total Noticed: 162


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518654239      EDI: AGFINANCE.COM Mar 10 2020 03:33:00      American Gen,   c/o Asset  Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
518654339      EDI: NAVIENTFKASMSERV.COM Mar 10 2020 03:33:00      Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
518654340      E-mail/Text: CollectionsCompliance@firstdata.com Mar 10 2020 00:36:21      Sears Home Services,
                 c/o TRS Recovery Services Inc,   PO box 60022,   City of Industry, CA 91716-0022
518654347     +E-mail/Text: Bankruptcies@nragroup.com Mar 10 2020 00:36:09
                 South Jersey Sports Medicine Center,   c/o National Recovery Agency,   2491 Paxton Street,
                 Harrisburg, PA 17111-1036
518654350      EDI: AISTMBL.COM Mar 10 2020 03:33:00      T-Mobile,   PO Box 742596,
                 Cincinnati, OH 45274-2596
518654353      EDI: TDBANKNORTH.COM Mar 10 2020 03:33:00      TD Bank,   6000 Atrium Way,
                 Mount Laurel, NJ 08054
518654358     +EDI: WTRRNBANK.COM Mar 10 2020 03:33:00      TNB-Target,   PO Box 673,
                 Minneapolis, MN 55440-0673
518654352      EDI: MID8.COM Mar 10 2020 03:33:00      Target National Bank,   c/o Midland Credit Management,
                 PO Box 60578,   Los Angeles, CA 90060-0578
518654354     +E-mail/Text: bankruptcy@fult.com Mar 10 2020 00:36:19      The Bank,   22 Village Center Drive,
                 Swedesboro, NJ 08085-1417
518654368     +E-mail/Text: External.Collections@phoenix.edu Mar 10 2020 00:35:41      University of Phoenix,
                 4615 E Elwood Street,   Phoenix, AZ 85040-1950
518654370     +EDI: VERIZONCOMB.COM Mar 10 2020 03:33:00      Verizon,   500 Technology Drive, Ste 300,
                 Weldon Spring, MO 63304-2225
518654371     +E-mail/Text: bknotices@mbandw.com Mar 10 2020 00:35:17      Verizon,
                 c/o McCarthy, Burgess & Wolff,   The MB&W Building,   26000 Cannon Road,
                 Bedford, OH 44146-1807
518654369      EDI: VERIZONCOMB.COM Mar 10 2020 03:33:00      Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
518654375     +EDI: VERIZONCOMB.COM Mar 10 2020 03:33:00      Verizon NJ,   c/o Midland Credit Management,
                 8875 Aero Drive  Ste 2,   San Diego, CA 92123-2255
518654373      EDI: VERIZONCOMB.COM Mar 10 2020 03:33:00      Verizon New Jersey Inc,   c/o AFNI Inc,
                 PO Box 3517,   Bloomington, IL 61702-3517
518654374     +EDI: VERIZONCOMB.COM Mar 10 2020 03:33:00      Verizon New Jersey Inc.,   500 Technology Drive,
                 Weldon Spring, MO 63304-2225
518654377      EDI: WACHOVIA.COM Mar 10 2020 03:33:00      Wachovia,   Bankcard Services,   PO Box 15137,
                 Wilmington, DE 19886-5137
518654382      EDI: CCS.COM Mar 10 2020 03:43:00      Wells Fargo Bank,   c/o Credit Collection Service,
                 Payment Processing Center,   PO Box 55126,   Boston, MA 02205-5126
518654379      EDI: WFFC.COM Mar 10 2020 03:33:00      Wells Fargo Bank,   PO Box 5445,   Portland, OR 97228
518654381      EDI: WFFC.COM Mar 10 2020 03:33:00      Wells Fargo Bank,   PO Box 5058,   Mac P6053-021,
                 Portland, OR 97208-5058
                                                                                              TOTAL: 77

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518654309        My Tree Guy LLC
518731123*      +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
518654311*       New Jersey American Water,   PO Box 371331,   Pittsburgh, PA 15250-7331
518654240      ##Amerihealth NJ MO,   c/o GB Collects LLC,   145 Bradford Drive,   West Berlin, NJ 08091-9269
518654308      ##Monarch Recovery Management Inc,   PO Box 21089,   Philadelphia, PA 19114-0589
518654319     ##+Penn Credit Corporation,   916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin              Page 5 of 5              Date Rcvd: Mar 09, 2020
                                Form ID: 309A            Total Noticed: 162
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0