UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yvette M. Boyd

Debtor

Case No.: 20-10360

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

# ORDER TO DEBTOR'S EMPLOYER
## ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: April 22, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

_____Yvette  M. Boyd_____, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer _____MediCentrix, LLC_____, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and

- ❏ The debtor's case having been dismissed on _____,

- ❏ The Chapter 13 Trustee having notified the Court that the debtor has completed his/her plan payments as of _____,

- ☒ The debtor's case having been converted,

IT IS HEREBY

ORDERED that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

ORDERED that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

ORDERED that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette M. Boyd  
    Debtor

Case No. 20-10360-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Apr 22, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.  
db          +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:  
         Andrew Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com  
         Brian C. Nicholas     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited  
          Liability Company bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited  
          Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren     on behalf of Creditor     Wilmington Savings Fund Society, FSB, as Owner  
          Trustee of the Residential Credit Opportunities Trust V-E eholdren@hillwallack.com,  
          jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Eric Clayman     on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,  
          connor@jenkinsclayman.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 7