**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yvette M. Boyd | Social Security number or ITIN   xxx–xx–3658 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10360–ABA | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Yvette M. Boyd
   aka Yvette Patterson, aka Yvetta Patterson Boyd

6/26/20                                                **By the court:**   Andrew B. Altenburg Jr.
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                Case No. 20-10360-ABA
Yvette M. Boyd                                                        Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 5                  Date Rcvd: Jun 26, 2020
                               Form ID: 318                 Total Noticed: 164


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337
aty            +Brian J. Duffield,    95 North Main Street,    Mullica Hill, NJ 08062-9421
aty            +Ekaterine N. Eleftheriou,    95 North Main Street,    Mullica Hill, NJ 08062-9421
518654236      +A-1 Collection Service,    PO Box 7387,    West Trenton, NJ 08628-0387
518654241       Arcadia Financial,    PO Box 4367,    Carol Stream, IL 60197-4367
518654242      +Associates in Hem-Oncology, P.C.,    One Medical Center Blvd., Suite 341,
                 Chester, PA 19013-3902
518672396      +Bayview Loan Servicing, LLC,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
518654248      +Beckett Association,    212 Village Ctr Drive,    Swedesboro, NJ 08085-1450
518654249       Black Expressions,    c/o National Credit Solutions,    3680 E I 240 SVC R,
                 Oklahoma City, OK 73155
518654250       Booth Radiology Associates,    PO Box 8500 #1042,    Philadelphia, PA 19178-1042
518654252      +Bullock, Rodio, Soehren Dental,    750 Rt. 73 South, Suite 209,    Marlton, NJ 08053-4133
518664674      +CARMAX AUTO FINANCE,    225 CHASTAIN MEADOWS COURT,    STE 210,    KENNESAW, GA 30144-5942
518654253       Cafone Care LLC,    8 High Street Ste 1B,    Mullica Hill, NJ 08062-9540
518654264       Citizens Bank, N.A.,    c/o Associated Credit Services, Inc.,    PO Box 5171,
                 Westborough, MA 01581-5171
518654268       Columbia House,    c/o National Credit Solutions,    3680 E I 240 Svc R,
                 Oklahoma City, OK 73135
518654269       Comcast,    c/o IC Systems,    PO Box 97029,    Redmond, WA 98073-9729
518654271      +Comcast,    c/o Sunrise Credit Service,    260 Airport Plaza Boulevard,
                 Farmingdale, NY 11735-3946
518654272      +Comcast-NEAM,    c/o ARC Group, Inc. dba CRG,    1012 State College Road, Ste 202,
                 Dover, DE 19904-6506
518654273      +Commonwealth of Pennsylvania,    County of Delaware,    Concord Village Shops, 2nd Floor,
                 485 Baltimore Pike,    Glen Mills, PA 19342-1161
518654278       DiMarino, Kroop, Prieto, GI Assoc,    17 W Red Bank Ave, Ste. 3,    Woodbury, NJ 08096-1630
518654280       DirecTV,    PO Box 830032,    Baltimore, MD 21283-0032
518654279      +Direct Brands Inc,    c/o Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
518654281       Dr. Hilli Family Practice & Wellnes,    511 Beckett Road Unit 8,    Logan Township, NJ 08085-1865
518654284      +EZ Pass,    c/o Penn Credit,    PO Box 1259,    Oaks, PA 19456-1259
518654282       Emerg Care Services of NJ, P.A.,    PO Box 740021,    Cincinnati, OH 45274-0021
518654289       FMS Services,    PO Box 68245,    Schaumburg, IL 60168-0245
518654285      +Family Psychological Service,    307 Wall Street,    Princeton, NJ 08540-1515
518654286      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
518654287       First Premier Bank,    c/o FNCB,    PO Box 51660,    Sioux Falls, SD 57117-5147
518654291       Geico Indemnity Company,    Regional Office,    One Geico Center,    Macon, GA 31296-0001
518654292      +Gloucester County EMS,    PO Box 1016,    Voorhees, NJ 08043-7016
518654293      +HRRG,    PO BOX 8486,    Pompano Beach, FL 33075-8486
518654295       HSBC Cards,    c/o Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
518654297       Inspira Health Network Medical Group,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
518654299       Inspira Medical Center Woodbury,    PO Box 650292,    Dallas, TX 75265-0292
518654298      +Inspira Medical Center Woodbury,    c/o Adreima,    333 Irving Avenue, Box 115,
                 Bridgeton, NJ 08302-2123
518654302       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
518654304      +Manatee County Courthouse,    PO Box 25400, TVB,    Bradenton, FL 34206-5400
518654306      +Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
518654307      +Midland Funding LLC,    c/o FBCS Inc,    2200 Byberry Road Ste 120,    Hatboro, PA 19040-3739
518654312      +NJ E-ZPass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518654310       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
518654313       PA Turnpike EZ Pass violations,    c/o Linebarger Goggan Blair & Sampson,    PO Box 90128,
                 Harrisburg, PA 17109-0128
518654315       PAM, LLC-PA Turnpike Misc.,    PO Box 430,    Milwaukee, WI 53201-0430
518745972       PERITUS PORTFOLIO SERVICES II NCEP,    PO BOX 141419,    IRVING, TX 75014-1419
518654325      +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
518654314       Palisades Collection LLC,    c/o Pressler & Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518654316      +Payday Loan Yes.com,    c/o Northern Resolution Group,    PO Box 566,    Amherst, NY 14226-0566
518654320       Penn Medicine,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518654321      +Pennsylvania State Constable,    PO Box 609,    Clifton Heights, PA 19018-0609
518654323      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
518654324       Physician Billing PB Chop,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
518654326      +Police & Fire FCU,    2837 Southampton Road,    Philadelphia, PA 19154-1206
518654327      +Premier Urgent Care-Swedesboro,    c/o PA Collection Center,    1200 Corporate Boulevard,
                 Lancaster, PA 17601-1292
518654328       ProCo,    PO Box 2462,    Aston, PA 19014-0462
518654329       Professional Account Management , LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
518654331       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
518654330      +Progressive,    c/o Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
518654338      +RMS,    305 Fellowship Road #100,    PO Box 5471,    Mount Laurel, NJ 08054-5471
518654336      +Red Rock Tribal Lending,    d/b/a Castle Payday.com,    PO Box 704,    Watersmeet, MI 49969-0704
```

```
District/off: 0312-1                  User: admin                      Page 2 of 5                    Date Rcvd: Jun 26, 2020
                                      Form ID: 318                     Total Noticed: 164


518654349      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    PO Box 283,    Trenton, NJ 08602-0283)
518654342      +Six Flags Great Adventure,    c/o Midwest Recovery System,    514 Easth City Plaza, Suite 1,
                 Earth City, MO 63045-1312
518654343       South Jersey Anesthesia,    c/o Apex Asset Management LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
518654344      +South Jersey Gas,    Attn: Mrs. Flemming,    PO Box 577,    Hammonton, NJ 08037-0577
518654346      +South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
518654345       South Jersey Gas,    Attn Mrs. Flemming,    PO Box 6091,    Bellmawr, NJ 08099-6091
518654348       Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
518654351       Target Corporation Recovery Services,    PO Box 30171,    Tampa, FL 33630-3171
518654355      +The Children's Hospital of Philadelphia,    Physician Billing-PB Chop,    PO Box 788017,
                 Philadelphia, PA 19178-8017
518654356       The Minniti Center for Medical Oncology,    & Hematology,    174 Democrat road,
                 Mickleton, NJ 08056-1236
518654357       The Osborn Family Health Center,    1601 Haddon Avenue,    Camden, NJ 08103-3191
518654359       Township of Logan,    Logan Twp Tax Assessor,    PO Box 314,    Bridgeport, NJ 08014-0314
518734653      +Township of Logan,    Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
518654360      +Tremont Financial LLC,    c/o Minnehaha Circuit Court,    415 N Dakota Ave,
                 Sioux Falls, SD 57104-2475
518654361      +Tri County Emerg Phys LLC,    c/o Amerifinancial Solutions,    PO Box 7,    Vassar, MI 48768-0007
518654362      +TruGreen Chem Lawn,    attn: Accts Receivable,    PO Box 155,    Thorofare, NJ 08086-0155
518654363       Twin Oaks software Development Inc.,    PO Box 247,    Kensington, CT 06037-0247
518654365       Underwood Memorial Hospital,    Billing Office,    509 North Broad Street,
                 Woodbury, NJ 08096-1697
518654364       Underwood Memorial Hospital,    c/o Accounts Receivables,    155 Mid Atlantic Parkway,
                 Thorofare, NJ 08086
518654366       United Telemanagement Corp.,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
518654367      +University of Phoenix,    c/o FBCS Inc.,    330 S. Warminster Road, Ste 353,
                 Hatboro, PA 19040-3433
518654372      +Verizon New Jersey,    c/o FNCBm Inc.,    PO Box 51660,    Sparks, NV 89435-1660
518654376      +W. Reed Kindermann MD,    Ophthalmology,    3001 Chapel Avenue Ste 200,
                 Cherry Hill, NJ 08002-1592
518654378       Water Revenue Bureau,    1401 JKF Blvd,    Philadelphia, PA 19102-1663
518654380       Wells Fargo Bank,    c/o Accounts Receibable Management,    PO box 129,
                 Thorofare, NJ 08086-0129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518654245       E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2020 01:27:42     Atlantic City Electric,
                 PO Box 4875,    Trenton, NJ 08650
518654243      +EDI: AFNIRECOVERY.COM Jun 27 2020 04:38:00     AT T Mobility,    c/o AFNI, Inc.,    PO Box 3097,
                 Bloomington, IL 61702-3097
518654244      +EDI: CITICORP.COM Jun 27 2020 04:38:00     AT&T,    PO Box 9001037,    Louisville, KY 40290-1037
518749316      +EDI: CINGMIDLAND.COM Jun 27 2020 04:38:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518654237      +E-mail/Text: bankruptcy@rentacenter.com Jun 27 2020 01:29:15     Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
518655386      +EDI: ACBK.COM Jun 27 2020 04:38:00     American Credit Acceptance,    961 East Main Street,
                 Spartanburg, SC 29302-2185
518654238       EDI: ACBK.COM Jun 27 2020 04:38:00     American Credit Acceptance,    PO Box 956126,
                 Saint Louis, MO 63195-6126
518729266       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:31:50
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518654246      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2020 01:27:42     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518660309      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2020 01:27:43
                 Atlantic City Electric Company,    Bankruptcy Division,    5 Collins Dr., Ste. 2133,
                 Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
518717997      +EDI: ATLASACQU.COM Jun 27 2020 04:38:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518654247      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 27 2020 01:28:45
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,    Miami, FL 33146-1873
518740539      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 27 2020 01:28:45
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
518654251       EDI: WFNNB.COM Jun 27 2020 04:38:00     Brylane Home,    PO Box 659728,
                 San Antonio, TX 78265-9728
518654274      +E-mail/Text: ebn@mycps.com Jun 27 2020 01:28:45     CPS Security,    PO Box 782408,
                 San Antonio, TX 78278-2408
518654254      +E-mail/Text: bankruptcy@usecapital.com Jun 27 2020 01:29:23     Capital Accounts,
                 2120 Crestmoor Road, Ste. 30,    Nashville, TN 37215-2654
```

```
District/off: 0312-1                  User: admin                    Page 3 of 5                  Date Rcvd: Jun 26, 2020
                                      Form ID: 318                   Total Noticed: 164


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518654255      E-mail/Text: clientrep@capitalcollects.com Jun 27 2020 01:29:18      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
518654256     +EDI: PRA.COM Jun 27 2020 04:38:00       Capital One,   c/o Portfolio Recovery Assoc,
                 PO Box 12914,    Norfolk, VA 23541-0914
518654257     +EDI: CAPITALONE.COM Jun 27 2020 04:38:00       Capital One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3438
518654258      EDI: CAPITALONE.COM Jun 27 2020 04:38:00       Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
518654259     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 27 2020 01:27:04       Cash Net USA,
                 PO Box 547,    Lake Bluff, IL 60044-0547
518654260      E-mail/Text: bankruptcy@ncaks.com Jun 27 2020 01:26:47       Castle Payday,
                 c/o National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
518654262     +E-mail/Text: bankruptcy.notifications@fisglobal.com Jun 27 2020 01:28:40       ChexSystems,
                 Consumer Relations,    7805 Hudson Road Ste 100,    Woodbury, MN 55125-1595
518654263     +EDI: CONVERGENT.COM Jun 27 2020 04:38:00       Citizens Bank N.A.,
                 c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
518654265      E-mail/Text: bankruptcy@philapark.org Jun 27 2020 01:29:03       City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
518654266     +EDI: PHINHARRIS Jun 27 2020 04:38:00       City of Philadelphia,    c/o Harris & Harris Ltd,
                 111 West Jackson Boulevard Ste 400,    Chicago, IL 60604-4135
518654267     +E-mail/Text: bankruptcy@philapark.org Jun 27 2020 01:29:03       City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
518654270     +EDI: CONVERGENT.COM Jun 27 2020 04:38:00       Comcast,   c/o ER Solutions,    800 SW 39th Street,
                 Renton, WA 98057-4927
518654275      E-mail/PDF: creditonebknotifications@resurgent.com Jun 27 2020 01:33:13       Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518654276     +EDI: NAVIENTFKASMDOE.COM Jun 27 2020 04:38:00       Department of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518654277     +EDI: NAVIENTFKASMDOE.COM Jun 27 2020 04:38:00       Department of Education/Sallie Mae,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
518700442     +EDI: AIS.COM Jun 27 2020 04:38:00       Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518654283      EDI: IIC9.COM Jun 27 2020 04:38:00       Evergreen Dental,    c/o IC Systems Collections,
                 PO Box 64378,    Saint Paul, MN 55164-0378
518654290     +E-mail/Text: bankruptcy@fncbinc.com Jun 27 2020 01:26:29       FNCB Inc,   PO Box 51660,
                 Sparks, NV 89435-1660
518654288      EDI: AMINFOFP.COM Jun 27 2020 04:38:00       First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
518654294     +EDI: HFC.COM Jun 27 2020 04:38:00       HSBC bank,    PO Box 5253,    Carol Stream, IL 60197-5253
518654296      E-mail/Text: bankruptcy@hsn.net Jun 27 2020 01:28:49       HSN,   Attention: Flexpay Department,
                 PO Box 9090,    Clearwater, FL 33758-9090
518654300      EDI: IRS.COM Jun 27 2020 04:38:00       IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518654301      EDI: JEFFERSONCAP.COM Jun 27 2020 04:38:00       Jefferson Capital Systems LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
518754240      EDI: JEFFERSONCAP.COM Jun 27 2020 04:38:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518654261      EDI: JPMORGANCHASE Jun 27 2020 04:38:00       Chase Home Finance,    3415 Vision Drive,
                 Columbus, OH 43219
518654303     +EDI: CCS.COM Jun 27 2020 04:38:00       Liberty Mutual,    c/o Credit Collection Services,
                 Two Wells Ave,    Newton, MA 02459-3225
518714892     +E-mail/Text: cschultz@loganmua.com Jun 27 2020 01:28:46       Logan Township MUA,
                 Carly Schultz, LTMUA,    69 Jefferson Lane,    Logan, NJ 08085-4527
518654305     +E-mail/Text: bknotices@mbandw.com Jun 27 2020 01:28:39       McCarthy Burgess & Wolfe,
                 The MB&W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
518654318     +E-mail/Text: bkynotice@harvardcollect.com Jun 27 2020 01:29:22       PECO,
                 c/o Harvard Collection,    4839 N. Elston Avenue,    Chicago, IL 60630-2534
518654322      E-mail/Text: peritus@ebn.phinsolutions.com Jun 27 2020 01:29:14       Peritus Portfolio Services,
                 PO Box 141419,    Irving, TX 75014-1419
518769994     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:32:30       PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518654317     +E-mail/Text: bankruptcy@risecredit.com Jun 27 2020 01:26:36       Payday OK,    42 Reads Way,
                 New Castle, DE 19720-1612
518673884     +E-mail/Text: bankruptcy@philapark.org Jun 27 2020 01:29:02       Philadelphia Parking Authority,
                 701 Market St., Suite 5400,    Philadelphia, PA 19106-2895
518748984     +EDI: JEFFERSONCAP.COM Jun 27 2020 04:38:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518654332     +EDI: CCS.COM Jun 27 2020 04:38:00       Progressive Garden State Ins Co,
                 c/o Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3225
518654333     +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2020 01:28:55       Progressive Insurance,
                 c/o NCO Financial,    PO Box 15636,    Wilmington, DE 19850-5636
518654334      EDI: RMCB.COM Jun 27 2020 04:38:00       Quest Diagnostics,    c/o AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
518654335     +E-mail/Text: ecfbankruptcy@progleasing.com Jun 27 2020 01:28:17       Raymour & Flanigan,
                 c/o NPRTO North-East, LLC,    256 West Data Drive,    Draper, UT 84020-2315
518654337      E-mail/Text: jkatsios@gsicollections.com Jun 27 2020 01:27:46       Regional Diagnostic Imaging,
                 c/o GSI Recovery, LLC,    PO Box 1026,    Bloomfield, NJ 07003-1026
518654341      E-mail/Text: bankruptcy@shaffercollections.com Jun 27 2020 01:26:46       Shaffer & Associates,
                 PO box 1545,    Columbia, MO 65205
```

```
District/off: 0312-1            User: admin              Page 4 of 5                  Date Rcvd: Jun 26, 2020
                                Form ID: 318             Total Noticed: 164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518654239         EDI: AGFINANCE.COM Jun 27 2020 04:38:00      American Gen,    c/o Asset  Acceptance LLC,
                   PO Box 2036,    Warren, MI 48090-2036
518654339         EDI: NAVIENTFKASMSERV.COM Jun 27 2020 04:38:00      Sallie Mae,    PO Box 9500,
                   Wilkes Barre, PA 18773-9500
518654340         E-mail/Text: CollectionsCompliance@firstdata.com Jun 27 2020 01:29:23       Sears Home Services,
                   c/o TRS Recovery Services Inc,    PO box 60022,    City of Industry, CA 91716-0022
518654347        +E-mail/Text: Bankruptcies@nragroup.com Jun 27 2020 01:29:17
                   South Jersey Sports Medicine Center,    c/o National Recovery Agency,    2491 Paxton Street,
                   Harrisburg, PA 17111-1036
518654350         EDI: AISTMBL.COM Jun 27 2020 04:38:00      T-Mobile,    PO Box 742596,
                   Cincinnati, OH 45274-2596
518654353         EDI: TDBANKNORTH.COM Jun 27 2020 04:38:00      TD Bank,    6000 Atrium Way,
                   Mount Laurel, NJ 08054
518654358        +EDI: WTRRNBANK.COM Jun 27 2020 04:38:00      TNB-Target,    PO Box 673,
                   Minneapolis, MN 55440-0673
518654352         EDI: MID8.COM Jun 27 2020 04:38:00      Target National Bank,    c/o Midland Credit Management,
                   PO Box 60578,    Los Angeles, CA 90060-0578
518654354        +E-mail/Text: bankruptcy@fult.com Jun 27 2020 01:29:21      The Bank,    22 Village Center Drive,
                   Swedesboro, NJ 08085-1417
518654368        +E-mail/Text: External.Collections@phoenix.edu Jun 27 2020 01:28:55       University of Phoenix,
                   4615 E Elwood Street,    Phoenix, AZ 85040-1950
518654370        +EDI: VERIZONCOMB.COM Jun 27 2020 04:38:00      Verizon,    500 Technology Drive, Ste 300,
                   Weldon Spring, MO 63304-2225
518654371        +E-mail/Text: bknotices@mbandw.com Jun 27 2020 01:28:39      Verizon,
                   c/o McCarthy, Burgess & Wolff,    The MB&W Building,    26000 Cannon Road,
                   Bedford, OH 44146-1807
518757593        +EDI: AIS.COM Jun 27 2020 04:38:00      Verizon,    by American InfoSource as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518654369         EDI: VERIZONCOMB.COM Jun 27 2020 04:38:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
518654375        +EDI: VERIZONCOMB.COM Jun 27 2020 04:38:00      Verizon NJ,    c/o Midland Credit Management,
                   8875 Aero Drive  Ste 2,    San Diego, CA 92123-2255
518654373         EDI: VERIZONCOMB.COM Jun 27 2020 04:38:00      Verizon New Jersey Inc,    c/o AFNI Inc,
                   PO Box 3517,    Bloomington, IL 61702-3517
518654374        +EDI: VERIZONCOMB.COM Jun 27 2020 04:38:00      Verizon New Jersey Inc.,    500 Technology Drive,
                   Weldon Spring, MO 63304-2225
518654377         EDI: WACHOVIA.COM Jun 27 2020 04:38:00      Wachovia,    Bankcard Services,    PO Box 15137,
                   Wilmington, DE 19886-5137
518654382         EDI: CCS.COM Jun 27 2020 04:38:00      Wells Fargo Bank,    c/o Credit Collection Service,
                   Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
518654379         EDI: WFFC.COM Jun 27 2020 04:38:00      Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228
518654381         EDI: WFFC.COM Jun 27 2020 04:38:00      Wells Fargo Bank,    PO Box 5058,    Mac P6053-021,
                   Portland, OR 97208-5058
                                                                                              TOTAL: 79

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518654309        My Tree Guy LLC
518731123*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
518654311*       New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
518654240        ##Amerihealth NJ MO,    c/o GB Collects LLC,    145 Bradford Drive,   West Berlin, NJ 08091-9269
518654308        ##Monarch Recovery Management Inc,    PO Box 21089,    Philadelphia, PA 19114-0589
518654319        ##+Penn Credit Corporation,    916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 5 of 5           Date Rcvd: Jun 26, 2020
                              Form ID: 318                Total Noticed: 164
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

```
              Andrew    Sklar     andy@sklarlaw.com,
               NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com
              Brian C. Nicholas     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner
               Trustee of the Residential Credit Opportunities Trust V-E eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Eric   Clayman     on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```